ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone:  (310) 443-4139
Facsimile:  (310) 943-2255

L. PAUL MANKIN (Cal. Bar No. 264038)
LAW OFFICE OF L. PAUL MANKIN
4655 Cass Street, Suite 410
San Diego, California 92109
Telephone:  (800) 219-3577
Facsimile:  (323) 207-3885

Attorneys for Plaintiff
ESTHER MORALES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER MORALES, | Case No:  2:19-CV-10327 |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| FORD MOTOR CREDIT COMPANY LLC, and JOSEPH ROY KING dba AAMES ASSOCIATES, | |
| Defendants. | |

A settlement having been reached in this matter, all parties hereby request that the entire action be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Dated: May 5, 2020

Respectfully Submitted,

TRUEBLOOD LAW FIRM

By: /s/ *Alexander B. Trueblood*
     Alexander B. Trueblood

Attorneys for Plaintiff
ESTHER MORALES

SEVERSON & WERSON

By: /s/ *An Le*
     An Le

Attorneys for Defendant
FORD MOTOR CREDIT CO. LLC

By: Joseph R. King
     Joseph Roy King

Defendant in Pro Per

1